UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDON KINEARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:21-cv-00512 ) |
| EXPORT TRUCKING, LLC and DJAMSHED MADJIDOV, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, Export Trucking, LLC and Djamshed Madjidov, by counsel and pursuant to 28 U.S.C. §1332 hereby file their Notice of Removal of the captioned matter to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Hancock Circuit Court, Greenfield, Indiana, and respectfully state as follows:

1) Export Trucking, LLC and Djamshed Madjidov are defendants in a personal injury action now pending in the Hancock Circuit Court 1 under Cause No. 30C01-2101-CT-000094.

2) Plaintiff filed his Complaint in the Hancock Circuit Court on January 21, 2021.

3) Defendant Export Trucking, LLC was served with a copy of Plaintiff's Complaint and Summons on February 10, 2021 via certified mail.

4) Upon a check of the court's online docket, Defendant, Djamshed Madjidov, has not yet been served with a copy of the Summons and Complaint.

5) Plaintiff's Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

6) Plaintiff is a citizen of the state of California.

7) Defendant Export Trucking, LLC is a limited liability company with two members, Sean Hmedou and Ikrom Abdulkhairov. Both Mr. Hmedou and Mr. Abdulkhairov are citizens of the state of Pennsylvania. As such, Export Trucking LLC is a citizen of Pennsylvania.

8) Defendant Djamshed Madjidov is a citizen of the state of Pennsylvania.

9) The controversy in this cause of action is entirely between citizens of different states.

10) The amount in controversy exclusive of interest and costs is greater than $75,000.00, the jurisdictional threshold required by 28 U.S.C. §1332(a).

11) Attached hereto as Exhibit A is a copy of Plaintiff's Complaint for Damages, Appearance for Plaintiff, Summons to Defendant Djamshed Madjidov, Summons to Defendant Export Trucking, LLC, Certificate of Issuance of Summons to Defendants, Certificate of Service of Summons and Complaint to Djamshed Madjidov, Appearance for Defendants, Motion for Enlargement of Time, Order Granting Defendants' Motion for Enlargement of Time and Certificate of Service of Summons and Complaint to Defendant Export Trucking, LLC.

12)	Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiff and also file a copy with the Clerk of the Hancock Circuit Court.

Respectfully submitted,

WHITTEN LAW OFFICE

*s/Christopher R. Whitten*
Christopher R. Whitten/#20429-49
James L. Culp/#26326-49
*Counsel for Defendants Export Trucking, LLC and Djamshed Madjidov*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, a copy of the foregoing was filed electronically.  Parties may access this filing through the Court's system.

Lee C. Christie, Esq.
Kyle L. Christie, Esq.
CHRISTIE, FARRELL, LEE & BELL, P.C.
951 N Delaware Street
Indianapolis, IN 46202
lee@cflblaw.com
kyle@cflblaw.com
*Counsel for Plaintiff*

*s/Christopher R. Whitten*
Christopher R. Whitten
James L. Culp

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:	317/362-0225
FX:	317/362-0151