This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Brandon Kineard v. Djamshed Madjidov, Export Trucking, LLC

| | |
|---|---|
| Case Number | 30C01-2101-CT-000094 |
| Court | Hancock Circuit Court |
| Type | CT - Civil Tort |
| Filed | 01/21/2021 |
| Status | 01/21/2021 , Pending  (active) |

## Parties to the Case

Defendant   Madjidov, Djamshed

Address
4367 Whiting Road
Philadelphia, PA 19154

Attorney
Christopher R Whitten
*#2042949, Lead, Retained*

WHITTEN LAW OFFICE
6801 Gray Road
Suite H
Indianapolis, IN 46237
317-362-0225(W)

Attorney
James Lee Culp
*#2632649, Retained*

WHITTEN LAW OFFICE
6801 Gray Road
Suite H
Indianapolis, IN 46237
317-362-0225(W)

Defendant   Export Trucking, LLC

<u>Address</u>
220 Geiger Road
Unit 207
Philadelphia, PA 19115

<u>Attorney</u>
Christopher R Whitten
*#2042949, Lead, Retained*

WHITTEN LAW OFFICE
6801 Gray Road
Suite H
Indianapolis, IN 46237
317-362-0225(W)

<u>Attorney</u>
James Lee Culp
*#2632649, Retained*

WHITTEN LAW OFFICE
6801 Gray Road
Suite H
Indianapolis, IN 46237
317-362-0225(W)

Plaintiff      Kineard, Brandon

<u>Attorney</u>
Lee C Christie
*#399349, Retained*

CLINE FARRELL CHRISTIE LEE & BELL, P.C.
951 N. Delaware Street
Indianapolis, IN 46202-3377
317-488-5500(W)

## Chronological Case Summary

01/21/2021   **Case Opened as a New Filing**

01/21/2021      **Complaint/Equivalent Pleading Filed**
Complaint for Damages

| | |
|---|---|
| Filed By: | Kineard, Brandon |
| File Stamp: | 01/21/2021 |

01/21/2021      **Appearance Filed**
Appearance LCC & KLC

| | |
|---|---|
| For Party: | Kineard, Brandon |
| File Stamp: | 01/21/2021 |

01/21/2021      **Subpoena/Summons Filed**
Summons - Madjidov

| | |
|---|---|
| Filed By: | Kineard, Brandon |
| File Stamp: | 01/21/2021 |

| 01/21/2021 | **Subpoena/Summons Filed** | |
| --- | --- | --- |
| | Summons - Export Trucking | |
| | Filed By: | Export Trucking, LLC |
| | File Stamp: | 01/21/2021 |

| 01/21/2021 | **Certificate of Issuance of Summons** | |
| --- | --- | --- |
| | Certificate of Issuance of Summons | |
| | Filed By: | Kineard, Brandon |
| | File Stamp: | 01/21/2021 |

| 02/11/2021 | **Certificate of Service - separately filed** | |
| --- | --- | --- |
| | Certificate of Service of Summons and Complaint on Defendant Djamshed K. Madjidov | |
| | Filed By: | Kineard, Brandon |
| | File Stamp: | 02/11/2021 |

| 02/12/2021 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance by Attorney in Civl Case | |
| | For Party: | Madjidov, Djamshed |
| | For Party: | Export Trucking, LLC |
| | File Stamp: | 02/12/2021 |

| 02/12/2021 | **Motion for Enlargement of Time Filed** | |
| --- | --- | --- |
| | Motion for Enlargement of Time | |
| | Filed By: | Madjidov, Djamshed |
| | Filed By: | Export Trucking, LLC |
| | File Stamp: | 02/12/2021 |

| 02/17/2021 | **Order Granting Motion for Enlargement of Time** | |
| --- | --- | --- |
| | sp | |
| | Judicial Officer: | Sirk, Scott |
| | Movant: | Madjidov, Djamshed |
| | Movant: | Export Trucking, LLC |
| | Noticed: | Christie, Lee C |
| | Noticed: | Whitten, Christopher R |
| | Noticed: | Culp, James Lee |
| | Order Signed: | 02/12/2021 |

| 02/18/2021 | **Automated ENotice Issued to Parties** | |
| --- | --- | --- |
| | Order Granting Motion for Enlargement of Time ---- 2/17/2021 : Christopher R Whitten;James Lee Culp;Lee C Christie | |

| 02/18/2021 | **Certificate of Service - separately filed** | |
| --- | --- | --- |
| | Certificate of Service of Summons and Complaint on Defendant Export Trucking, LLC | |
| | Filed By: | Kineard, Brandon |
| | File Stamp: | 02/18/2021 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Kineard, Brandon**
Plaintiff

Balance Due (as of 03/04/2021)

0.00

## Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

## Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/21/2021 | Transaction Assessment | 157.00 |
| 01/21/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

**30C01-2101-CT-000094**
**Hancock Circuit Court**

Filed: 1/21/2021 1:17 PM
Clerk
Hancock County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | HANCOCK CIRCUIT/SUPERIOR COURT |
| | )SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO.: |

| | |
|---|---|
| BRANDON KINEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPORT TRUCKING, LLC, and | ) |
| DJAMSHED MADJIDOV, | ) |
| | ) |
| Defendants. | ) |

## <u>COMPLAINT FOR DAMAGES</u>

Comes now the Plaintiff, Brandon Kineard, by counsel, and for his Complaint for Damages against the Defendants respectfully states as follows:

1.     At all times mentioned herein, the Plaintiff, Brandon Kineard was a resident of Hamilton County, Indiana.

2.     At all times mentioned herein, the Defendant, Export Trucking, LLC ("Export Trucking") was a motor carrier engaged in the business of transporting goods in interstate commerce.  Export Trucking is limited liability company organized under the laws of the State of Pennsylvania with its principal office located at 220 Geiger Road, Unit 207, Philadelphia Pennsylvania, 19115.

3.     At all times mentioned herein, the Defendant, Djamshed Madjidov ("Madjidov"), was a resident of the State of Pennsylvania

4.     At all times mentioned herein, Madjidov was an employee and/or agent of Export Trucking and was acting within the course and scope of his employment with Export Trucking.

[1]

5.      All acts and omissions herein alleged were performed and/or omitted by and through employees, agents, and/or representatives of Export Trucking while they were acting in the scope of their relationship with Export Trucking.

6.      At all times mentioned herein, there existed in Hancock County, Indiana, a public interstate highway known as I-70 West.

7.      On January 31, 2019, at approximately 11:11 p.m., Plaintiff, Brandon Kineard was operating his vehicle westbound on I-70 West and gradually brought his vehicle to a stop in recognition of slowing traffic ahead of him.

8.      At the same time, Madjidov was operating a semi tractor-trailer westbound on I-70, behind the vehicle driven by Brandon Kineard.  Madjidov failed to slow his vehicle in time to avoid colliding with the rear of the vehicle being operated by Brandon Kineard.

9.      The collision and resultant injuries sustained by Brandon Kineard were proximately caused by the carelessness and negligence of the Export Trucking, by and through its employee, Madjidov, including but not limited to, one or more of the following acts and/or omissions:

        a. Madjidov carelessly and negligently failed to maintain a proper lookout;

        b. Madjidov carelessly and negligently failed to keep the vehicle he was operating under proper control so as to avoid hitting the Plaintiff;

        c. Madjidov carelessly and negligently failed to apply the brakes of the vehicle that he was operating in time to avoid striking the Plaintiff;

        d. Madjidov failed to appropriately reduce the speed of his vehicle considering the inclement weather conditions;

[2]

    e.  Madjidov travelled at an unreasonable and dangerous speed given the weather conditions.

    f.  Madjidov carelessly and negligently failed to change, alter, or divert the course of his vehicle to avoid hitting the Plaintiff.

10.    The Defendant, Export Trucking, was negligent for its hiring, training and/or supervision of Madjidov.

11.    As a direct and proximate result of the carelessness and negligence of the Defendants, the Plaintiff, Brandon Kineard, has sustained personal injuries, which have resulted in physical pain, mental suffering and loss of enjoyment of life.

12.    As a direct and proximate result of his injuries and the resultant effects upon him, the Plaintiff, Brandon Kineard, in an attempt to treat his injuries and lessen his physical pain, has been required to engage the services of medical providers for medical treatment, and has  incurred reasonable medical expenses as a result.

13.    As a direct and proximate result of his injuries, Brandon Kineard has been permanently injured.

14.    As a direct and proximate result of the Defendants' negligence, Brandon Kineard has suffered lost wages and may experience additional lost wages in the future.

WHEREFORE, the Plaintiff, Brandon Kineard, prays for judgment against the Defendants, Export Trucking and Madjidov in an amount commensurate with his injuries

[3]

and damages, for the costs of this action, and for all other relief just and proper under the circumstances.

Respectfully submitted,

**CHRISTIE FARRELL LEE & BELL, P.C.**

By:_____*/s/ Lee C. Christie*_____
       Lee C. Christie, #3993-49
       Attorney for Plaintiff


_____*/s/Kyle L. Christie*_____
       Kyle L. Christie, #31261-49
       Attorney for Plaintiff


Lee C. Christie - #3993-49
Kyle L. Christie - #31261-49
CHRISTIE FARRELL LEE & BELL, P.C.
951 North Delaware Street
Indianapolis, Indiana  46202
(317) 488-5500
Fax: (317) 488-5510
lee@cflblaw.com
kyle@cflblaw.com

[4]

| STATE OF INDIANA | ) | HANCOCK CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | )SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO.: |

BRANDON KINEARD,                    )
                                    )
                    Plaintiff,      )
                                    )
            v.                      )
                                    )
EXPORT TRUCKING, LLC, and           )
DJAMSHED MADJIDOV,                  )
                                    )
                    Defendants.     )

## APPEARANCE FORM (CIVIL)
### Initiating Party

1   Name of First Initiating Party: **Brandon Kineard**

2.   Attorney Information (as applicable for service of process):

> **Lee C. Christie - #3993-49**
> **Kyle L. Christie - #31261-49**
> **CHRISTIE FARRELL LEE & BELL, P.C.**
> **951 North Delaware Street**
> **Indianapolis, Indiana 46202**
> **Telephone: (317) 488-5500**
> **Fax: (317) 488-5510**
> lee@cflblaw.com
> kyle@cflblaw.com

3.   Type of Case Requested: **CT**

4.   Will Accept Fax Service: **No**

5.   Related cases? **No**

6.   Additional information required by state or local rule: None.

Respectfully Submitted,

**CHRISTIE FARRELL LEE & BELL, P.C.**

BY:   /s/Lee C. Christie
        Lee C. Christie, #3993-49

        /s/Kyle L. Christie
        Kyle L. Christie, #31261-49
        Attorneys for the Plaintiff

**30C01-2101-CT-000094**

Hancock Circuit Court
Filed: 1/21/2021 1:17 PM
Clerk
Hancock County, Indiana

| STATE OF INDIANA | ) | HANCOCK CIRCUIT/SUPERIOR COURT |
| | )SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO.: |

BRANDON KINEARD,                        )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )
                                        )
EXPORT TRUCKING, LLC, and               )
DJAMSHED MADJIDOV,                      )
                                        )
                    Defendants.         )

## SUMMONS

**TO DEFENDANT:   Djamshed K. Madjidov**
                  **4367 Whiting Road**
                  **Philadelphia, PA 19154**

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: __1/21/2021__                    _____
                                        CLERK, Hancock County Superior Court

The following manner of service of Summons is hereby designated:

__X__ **Registered or Certified Mail**

Lee C. Christie, #3993-49
Kyle L. Christie, #31261-49
CHRISTIE FARRELL LEE & BELL, P.C.
951 N. Delaware Street
Indianapolis, IN 46202
(317) 488-5500
Fax (317) 488-5510
lee@cflblaw.com
kyle@cflblaw.com

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ___ day of _____, 2021, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated_____

_____
CLERK, Hancock County Superior Court

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted on the ___ day of _____, 2021.

I hereby certify that the attached return receipt was received by me on the ___ day of _____, 2021 showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted by age ___ on behalf of said Defendant on the _____ day of _____, 2021.

_____
CLERK, Hancock County Superior Court

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated:_____

_____
Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the day of _____, 2021.
(2) By leaving a copy of the Summons and a copy of the Complaint:
    a) at the dwelling place or usual place of abode of the Defendant.
    b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

Sheriff of Hancock County, Indiana
By: _____

30C01-2101-CT-000094

Hancock Circuit Court

Filed: 1/21/2021 1:17 PM
Clerk
Hancock County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | HANCOCK CIRCUIT/SUPERIOR COURT |
| | )SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO.: |

| | |
|---|---|
| BRANDON KINEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPORT TRUCKING, LLC, and | ) |
| DJAMSHED MADJIDOV, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

**TO DEFENDANT:    Export Trucking, LLC**
**220 Geiger Road**
**Unit 207**
**Philadelphia, PA 19115**

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: _____1/21/2021_____

_____
CLERK, Hancock County Superior Court

[SEAL: HANCOCK COUNTY CLERK · SEAL · INDIANA]

The following manner of service of Summons is hereby designated:

__X_ **Registered or Certified Mail**

Lee C. Christie, #3993-49
Kyle L. Christie, #31261-49
CHRISTIE FARRELL LEE & BELL, P.C.
951 N. Delaware Street
Indianapolis, IN  46202
(317) 488-5500
Fax (317) 488-5510
lee@cflblaw.com
kyle@cflblaw.com

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ___ day of _____, 2021, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated_____

_____
CLERK, Hancock County Superior Court

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted on the ___ day of _____, 2021.

I hereby certify that the attached return receipt was received by me on the ___ day of _____, 2021 showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted by age ___ on behalf of said Defendant on the _____ day of _____, 2021.

_____
CLERK, Hancock County Superior Court

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated:_____

_____
Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the day of _____, 2021.

(2) By leaving a copy of the Summons and a copy of the Complaint:

    a) at the dwelling place or usual place of abode of the Defendant.

    b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

Sheriff of Hancock County, Indiana

By: _____

Filed: 1/21/2021 1:59 PM
Clerk
Hancock County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | HANCOCK CIRCUIT COURT |
| | )SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO.:  30C01-2101-CT-000094 |

| | |
|---|---|
| BRANDON KINEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPORT TRUCKING, LLC, and | ) |
| DJAMSHED MADJIDOV, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF ISSUANCE OF SUMMONS

Comes now Lee C. Christie, Attorney for the Plaintiff, and hereby certifies that I have

provided the following Defendants a copy of his Summons and Complaint, by certified mail, on

the 21st day of January, 2021, at the following address:

> **Export Trucking, LLC**
> **220 Geiger Road**
> **Unit 207**
> **Philadelphia, PA 19115**
> Certified Mail, Return Receipt Requested
> Article No. 7019 2280 0000 1697 8077
>
> **Djamshed K. Madjidov**
> **4367 Whiting Road**
> **Philadelphia, PA 19154**
> Certified Mail, Return Receipt Requested
> Article No. 7019 2280 0000 1697 8084

Respectfully submitted,

**CHRISTIE FARRELL LEE & BELL, P.C.**

By:_____ */s/ Lee C. Christie*_____
Lee C. Christie, #3993-49
Attorney for Plaintiff

Lee C. Christie - #3993-49
Kyle C. Christie - #31261-49
CHRISTIE FARRELL LEE & BELL, P.C.
951 North Delaware Street
Indianapolis, Indiana  46202
(317) 488-5500
Fax: (317) 488-5510
lee@cflblaw.com
kyle@cflblaw.com

Filed: 2/11/2021 8:53 AM
Clerk
Hancock County, Indiana

| STATE OF INDIANA | ) | HANCOCK CIRCUIT COURT |
|---|---|---|
| | )SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO.: 30C01-2101-CT-000094 |

BRANDON KINEARD,                     )
                                     )
                    Plaintiff,       )
                                     )
        v.                           )
                                     )
EXPORT TRUCKING, LLC, and            )
DJAMSHED MADJIDOV,                   )
                                     )
                    Defendants.      )

### CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT

I, Kyle L. Christie, Attorney for the Plaintiff, certify that service was completed in this

matter to the below Defendant, by certified mail, at the following address:

> Djamshed K. Madjidov
> 4367 Whiting Road
> Philadelphia, PA 19154
> Certified Mail, Return Receipt Requested
> Article No. 7019 2280 0000 1697 8084

A copy of the signed certified mailing card receipt is attached hereto.

Dated:   2/11/2021

                          Respectfully submitted,

                          **CHRISTIE FARRELL LEE & BELL, P.C.**

                          By:        */s/ Kyle L. Christie*
                                  Kyle L. Christie, #31261-49
                                  Attorney for Plaintiff

Kyle C. Christie - #31261-49
CHRISTIE FARRELL LEE & BELL, P.C.
951 North Delaware Street
Indianapolis, Indiana  46202
(317) 488-5500
Fax: (317) 488-5510
kyle@cflblaw.com

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Djamshed K. Madjidov**
**4367 Whiting Road**
**Philadelphia, PA 19154**

2. Article Number *(Transfer from service label)*

7019 2280 0000 1697 8084

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #

9590 9402 4344 8190 7525 84

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

● Sender: Please print your name, address, and ZIP+4® in this box●



LEE C. CHRISTIE
Christie Farrell Lee & Bell, PC
951 North Delaware Street
Indianapolis, Indiana 46202

Filed: 2/12/2021 3:13 PM
Clerk
Hancock County, Indiana

STATE OF INDIANA )  IN THE HANCOCK CIRCUIT COURT 1
        ) SS:
COUNTY OF HANCOCK )  CAUSE NO. 30C01-2101-CT-00094

BRANDON KINEARD,     )
            )
     Plaintiff,    )
            )
  v.          )
            )
EXPORT TRUCKING, LLC and  )
DJAMSHED MADJIDOV,    )
            )
     Defendants.  )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:  **Defendants**

   1.  The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):
      **Export Trucking, LLC and Djamshed Madjidov**

   2.  Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

     Christopher R. Whitten, Attorney No.  20429-49
     James L. Culp, Attorney No. 26326-49
     WHITTEN LAW OFFICE
     6801 Gray Road, Suite H
     Indianapolis, IN 46237
     (317) 362-0225 Telephone
     (317) 362-0151 Facsimile
     cwhitten@indycounsel.com
     jculp@indycounsel.com

   3.  There are other party members:  No.

   4.  If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):  N/A.

   5.  I will accept service by FAX at the above noted number:  No.

6.     This case involves support issues.  No.  (If yes, supply social security number for all family members).

7.     There are related cases:  No.

8.     This form has been served on all other parties.  Certificate of Service is attached:  Yes.

9.     Additional information required by local rule:  N/A.

Respectfully submitted,

WHITTEN LAW OFFICE

_____
Christopher R. Whitten/#20429-49

_____
James L. Culp/#26326-49
*Counsel for Defendants Export Trucking, LLC and Djamshed Madjidov*

2

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon the following by electronic mail, this 12th  day of February 2021:

Lee C. Christie, Esq.
Kyle L. Christie, Esq.
CHRISTIE, FARRELL, LEE & BELL, P.C.
951 N Delaware Street
Indianapolis, IN 46202
*Counsel for Plaintiff*

_____
Christopher R. Whitten
James L. Culp

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317/362-0225
FX:   317/362-0151

3

Filed: 2/12/2021 3:13 PM
Clerk
Hancock County, Indiana

STATE OF INDIANA    )      IN THE HANCOCK CIRCUIT COURT 1
                ) SS:
COUNTY OF HANCOCK )      CAUSE NO. 30C01-2101-CT-00094

BRANDON KINEARD,        )
                       )
          Plaintiff,   )
                       )
    v.                   )
                       )
EXPORT TRUCKING, LLC and   )
DJAMSHED MADJIDOV,      )
                       )
         Defendants.   )

## MOTION FOR ENLARGEMENT OF TIME

Defendants, Export Trucking, LLC and Djamshed Madjidov, by counsel, respectfully request the Court for an enlargement of time of 30 days to respond to the Complaint ("Complaint") of Plaintiff, Brandon Kineard, and in support thereof, state as follows:

1.    On or about February 10, 2021, Defendant, Export Trucking, LLC was served with a copy of the Summons and Complaint via certified mail.

2.    At this time, upon a search of the court's online docket, Defendant Djamshed Madjidov has not yet been served with a copy of the Summons and Complaint via certified mail.

3.    The time for Defendants to respond to Plaintiff's Complaint has not yet expired.

4.    Counsel for Defendants requires additional time to confer with his clients and to prepare an appropriate response to the Complaint.

5.    No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendants, Export Trucking, LLC and Djamshed Madjidov by counsel, respectfully requests the Court for an enlargement of time of 30 days up to and including April 5, 2021, in which to respond to the Complaint and for all other just and proper relief.

Respectfully submitted,

WHITTEN LAW OFFICE

_____
Christopher R. Whitten/#20429-49
James L. Culp/#26326-49
*Counsel for Defendants Export Trucking, LLC and Djamshed Madjidov*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon the following by electronic mail, this 12th day of February 2021:

Lee C. Christie, Esq.
Kyle L. Christie, Esq.
CHRISTIE, FARRELL, LEE & BELL, P.C.
951 N Delaware Street
Indianapolis, IN 46202
*Counsel for Plaintiff*

_____
Christopher R. Whitten
James L. Culp

WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317/362-0225
FX:   317/362-0151

2

STATE OF INDIANA        )                IN THE HANCOCK CIRCUIT COURT 1
                        ) SS:
COUNTY OF HANCOCK )                      CAUSE NO. 30C01-2101-CT-00094

BRANDON KINEARD,                )
                                )        **FILED**
                   Plaintiff,   )
                                )        February 17, 2021
        v.                      )        HANCOCK CIRCUIT COURT
                                )                                    SP
EXPORT TRUCKING, LLC and        )
DJAMSHED MADJIDOV,              )
                                )
                   Defendants.  )

## ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on Defendants' Motion for Enlargement of Time to Answer Complaint. The Court having been first duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendants Export Trucking, LLC and Djamshed Madjidov, shall have up to and including April 5, 2021, in which to respond to Plaintiff's Complaint.

So ORDERED this _____ day of **February 12, 2021** _____, 2021.

_____
                                            RS
Judge, Hancock Circuit Court 1

Copies to:

Lee C. Christie, Esq.                   Christopher R. Whitten, Esq.
Kyle L. Christie, Esq.                  James L. Culp, Esq.
CHRISTIE, FARRELL, LEE & BELL, P.C.     WHITTEN LAW OFFICE
951 N Delaware Street                   6801 Gray Rd, Suite H
Indianapolis, IN 46202                  Indianapolis, IN 46237

Filed: 2/18/2021 9:13 AM
Clerk
Hancock County, Indiana

STATE OF INDIANA           )        HANCOCK CIRCUIT COURT
                           )SS:
COUNTY OF HANCOCK          )        CAUSE NO.: 30C01-2101-CT-000094

BRANDON KINEARD,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )
                                    )
EXPORT TRUCKING, LLC, and           )
DJAMSHED MADJIDOV,                  )
                                    )
            Defendants.             )

## CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT

I, Kyle L. Christie, Attorney for the Plaintiff, certify that service was completed in this

matter to the below Defendant, by certified mail, at the following address:

Export Trucking, LLC
220 Geiger Road
Unit 207
Philadelphia, PA 19115
Certified Mail, Return Receipt Requested
Article No. 7019 2280 0000 1697 8077


A copy of the signed certified mailing card receipt is attached hereto.


Dated:   2/18/2021


                          Respectfully submitted,

                          **CHRISTIE FARRELL LEE & BELL, P.C.**

                          By:_____/s/ Kyle L. Christie_____
                              Kyle L. Christie, #31261-49
                              Attorney for Plaintiff

Kyle C. Christie - #31261-49
CHRISTIE FARRELL LEE & BELL, P.C.
951 North Delaware Street
Indianapolis, Indiana  46202
(317) 488-5500
Fax: (317) 488-5510
kyle@cflblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of

record either by email via the Court's electronic e-filing system or by First Class United States

Mail, postage prepaid, this 18th day of February, 2021:

Christopher R. Whitten
James L. Culp
Whitten Law Office
6801 Gray Road, Suite H
Indianapolis, IN 46237
cwhitten@indycounsel.com
jculp@indycounsel.com

　　　　　　　　　　　　　　　　　　　　_/s/ Kyle L. Christie_
　　　　　　　　　　　　　　　　　　　　Kyle L. Christie

Kyle L. Christie
CHRISTIE FARRELL LEE & BELL, P.C.
951 North Delaware Street
Indianapolis, Indiana 46202
Phone: (317) 488-5500
Fax: (317) 488-5510
kyle@cflblaw.com

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Export Trucking, LLC**
**220 Geiger Road**
**Unit 207**
**Philadelphia, PA 19115**

2. Article Number *(Transfer from service label)*

7019 2280 0000 1697 8077

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery

STEWART Muosin

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt



USPS TRACKING #

9590 9402 4344 8190 7525 91

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**LEE C. CHRISTIE
Christie Farrell Lee & Bell, PC
951 North Delaware Street
Indianapolis, Indiana 46202**